No. 64610.—Asty Import Corp. et al. *v.* United States, protests 59/8276, etc. (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that the quantities of merchandise, reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the quantities of merchandise, which were reported by the inspector as manifested, not found. The protests were sustained to this extent.

No. 64611.—Gimbel Bros., Inc. *v.* United States, protest 59/30226 (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that case 1842/3, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon case 1842/3, which was reported by the inspector as manifested, not found. The protest was sustained to this extent.

No. 64612.—New York Mdse. Co., Inc. *v.* United States, protest 59/28556 (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351), and that 15 packages of toys, reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited, it was held that duty is not assessable upon the 15 packages of toys, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.